FILED IN OPEN COURT
ON 5/20/2015
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-237-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUAN GUERRERO | ORDER |

This matter having come before the Court by joint motion of the Office of the Federal Public Defender and the United States Attorney's Office to set sentencing at the time of arraignment for the Defendant, and for good cause shown, it is hereby ORDERED that the arraignment and sentencing hearing shall be scheduled for __May 20__, 2015.

SO ORDERED.

This __20__ day of __May__, 2015.

JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE